FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2022

No. 04-22-00429-CV

**TEXAS FIRST RENTALS, LLC**,
Appellant

v.

**MONTAGE DEVELOPMENT CO., LLC** and Derick Murway,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08101
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellees' brief was due on November 2, 2022. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellees filed an unopposed motion to extend the brief due date to December 2, 2022.

Appellees' motion is GRANTED. Appellees' brief is due on December 2, 2022.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2022.



MICHAEL A. CRUZ, Clerk of Court